1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**ERIK KNUTSON, Individually and on Behalf of All Others Similarly Situated,**

**Plaintiffs,**

**v.**

**BLUE LIGHT SECURITY, INC.,**

**Defendant.**

**Case No.:** 3:17-cv-00134-LAB-JMA

**ORDER GRANTING JOINT MOTION TO DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

1   The joint motion to dismiss is **GRANTED**. The individual claims of

2   plaintiff Erik Knutson are dismissed with prejudice. The claims of the putative

3   class members are dismissed without prejudice. The parties shall bear their own

4   fees and costs.

5       **IT IS SO ORDERED**.

6

7   Dated: May 25, 2018 _____

        Hon. Larry A. Burns

8       United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Case No.: 3:17-cv-00134-LAB-JMA**                    *Knutson v. Blue Light Security*

**ORDER ON JOINT MOTION TO DISMISS**

1